**POLSINELLI LLP**
JOHN W. PETERSON (CA SBN 179343)
501 Commerce Street, Suite 1300
Nashville, TN 37203
Telephone: (615) 259-1510
Facsimile: (615) 259-1573
Email: john.peterson@polsinelli.com

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LEA BITTON,

         Plaintiff,

     v.

MONEY NETWORK FINANCIAL, LLC,

         Defendant.

Case No. 8:24-CV-01857-DOC (ADS)

**STIPULATION TO ARBITRATE AND STAY ACTION**

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Lea Bitton and Defendant Money Network Financial, LLC ("Money Network"), through their respective counsel (collectively, the "Stipulating Parties"), as follows:

1.     The Stipulating Parties hereby stipulate that the above-captioned action shall be submitted to arbitration pursuant to the Payment Card – Cardholder Agreement which contains a binding arbitration provision ("Arbitration Provision"), attached hereto as **Exhibit 1**.

2.     Pursuant to the terms of the Arbitration Provision, the arbitration shall take place before the American Arbitration Association ("AAA") or JAMS.

3.     The Stipulating Parties further stipulate that all proceedings in this action, including any pending deadlines, shall be stayed pending completion of arbitration.

4.     The Stipulating Parties request an Order referring this matter to arbitration pursuant to the parties' agreement and staying this action pending completion of arbitration.

**IT IS SO STIPULATED.**

Dated: December 9, 2024

*/s/ John W. Peterson*
POLSINELLI LLP
John W. Peterson

**Counsel for Defendant**

Dated: December 9, 2024

*/s/ Matthew M. Loker (w/ permission)*
LOKER LAW, APC
Matthew M. Loker

**Counsel for Plaintiff**

3
**STIPULATION TO ARBITRATE AND STAY PROCEEDINGS PENDING COMPLETION OF ARBITRATION**
Case No. 8:24-CV-01857-DOC (ADS)

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

*/s/ John W. Peterson*
John W. Peterson

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all attorneys of record:

**LOKER LAW, APC**
Matthew M. Loker
Charles B. Cummins
132 Bridge Street
Arroyo Grande, CA 93420
(805) 994-0177
matt@lokerlaw.com
charles@lokerlaw.com

*/s/ John W. Peterson*
John W. Peterson

4

**STIPULATION TO ARBITRATE AND STAY PROCEEDINGS PENDING COMPLETION OF ARBITRATION**
Case No. 8:24-CV-01857-DOC (ADS)