# EXHIBIT 1

Flagstar State Gov EDD

*Updated November 1, 2023*

# Payment Card - Cardholder Agreement

**Customer Service Contact Information**

**Address:**
Money Network Financial, LLC
2900 Westside Parkway
Alpharetta, GA 30004
**Website:** moneynetwork.com/edd
**Phone Number:** 1-800-684-7051
**Hearing Impaired:** 1-800-684-7053

*(For calls from outside of the U.S., please call the number noted on the back of your card. Calls from outside the U.S. may incur telecommunication charges.)*

**IMPORTANT NOTICES:**

**(1)** THIS CARD IS NOT INTENDED FOR GIFTING PURPOSES.
**(2)** BY ACTIVATING OR USING THIS CARD, YOU (1) AGREE TO BE BOUND BY THE TERMS AND CONDITIONS CONTAINED IN THIS AGREEMENT AND (2) AUTHORIZE US TO PROVIDE YOUR ACCOUNT AND ROUTING NUMBER TO THE GOVERNMENT AGENCY SO THE GOVERNMENT AGENCY CAN MAKE ADDITIONAL PAYMENTS TO THIS CARD. IF YOU DO NOT AGREE TO THESE TERMS, DO NOT ACTIVATE OR TRY TO USE THE CARD; YOU SHOULD CANCEL THE CARD BY CALLING CUSTOMER SERVICE AND REQUESTING YOUR FUNDS IN THE FORM OF A PAPER CHECK.
**(3)** PLEASE READ CAREFULLY. THIS AGREEMENT CONTAINS AN ARBITRATION PROVISION ("ARBITRATION CLAUSE" SECTION) REQUIRING ALL CLAIMS TO BE RESOLVED BY WAY OF BINDING ARBITRATION.

This Cardholder Agreement, which together with the Fee Schedule, Balance and Transaction Limits Schedule, and Mastercard Guide to Benefits for Prepaid Cardholders shall be referred to as your "Agreement," sets forth the terms and conditions under which the My Banking Direct Mastercard® Prepaid Debit Card has been issued to you." In this Agreement, "Card" means the My Banking Direct Prepaid Mastercard Debit Card issued to you by My Banking Direct, a service of Flagstar Bank, N.A. "You" and "your" means the person or persons who have received the Card and are authorized to use the Card as provided for in this Agreement. "We," "us," and "our" mean Flagstar Bank, N.A., our successors, affiliates, or assignees. "Government Agency" means the government agency that requested this card on your behalf. The Card will remain the property of Flagstar Bank, N.A. and must be surrendered upon demand. The Card is nontransferable, and it may be canceled, repossessed, or revoked at any time without prior notice subject to applicable law. Please read this Agreement carefully and keep it for future reference.

1. **ABOUT YOUR CARD**
   You do not have the ability to add funds to the Card. You should treat your Card with the same care as you would treat cash. Your Card account does not constitute a checking or savings account and is not connected in any way to any other account you may have. The Card is not a credit card. You will not receive any interest on the funds in your Card account. The funds in your Card account up to $250,000 will be insured up to $250,000 by the Federal Deposit Insurance Corporation ("FDIC"). You may register your Card or view your account balance and your personal information via the Money Network Mobile App ("Mobile App") or **moneynetwork.com/edd** ("Website"). Prior to your activation, your Card account will be populated with limited personal information provided by the Government Agency. You may update your email and phone number via the Money Network Mobile App, or at **moneynetwork.com/edd** or calling Customer Service. However, you must follow the procedure in Section 9 to change other personal information, including your address. We encourage you to keep your information updated so that we can send any replacement cards or checks to the correct address.

2. **USING YOUR CARD**

   a. **Accessing Funds and Limitations.** You must activate your Card prior to use by calling the number indicated on the Card or scanning the QR code, downloading the Mobile App and activating your Card in the Mobile App. The funds accessible to you are provided by the Government Agency not by the issuer of the card. That Government Agency is fully responsible for ensuring funds are available to be loaded to your Card. For Cards that carry more than one name, only the primary Cardholder may activate the Card.

   You may use your Card to purchase goods or services wherever Mastercard Debit Cards are accepted. Each time you use your Card, you authorize us to reduce the value available on your Card by the amount of the transaction.

   You may use your Card to obtain cash at an Automated Teller machine (ATM). There will be no cost to you for withdrawing cash from an in-network ATM in the United States. To find in-network ATMs, use the locator on the Website or your Mobile App. You can also obtain cash from certain out-of-network ATMs for the fee set out in the Fee Schedule included with your Card. You may use your Card to obtain cash for the fee set out in the Fee Schedule by presenting it over-the-counter in banks or other financial institutions that accept cards with the card network logo on your Card in exchange for cash.

You may obtain cash from your Card account at any Green Dot location in the U.S. ("Emergency Cash Transfer"). All Emergency Cash Transfer requests must be initiated by contacting Customer Service.  All requests for Emergency Cash Transfer requests are subject to any Emergency Cash Transfer fees stated in the Fee Schedule. All requests for Emergency Cash Transfers are subject to our guidelines and Green Dot guidelines which may vary by state and may include certain dollar limits, identification requirements and other restrictions. Our guidelines are published on the **moneynetwork.com/edd** website and may be modified from time to time so review prior to initiating an Emergency Cash Transfer.  The Emergency Cash Transfer service is intended for unexpected events, such as if you need cash while you are waiting to receive a replacement card. We may restrict the circumstances under which you may use this service. If you request an Emergency Cash Transfer, you agree that we have no liability for any losses or damages that you may suffer arising out of any actions, non-action or delayed action on the part of Green Dot or its agents or any other third party. We may not be able to arrange the Emergency Cash Transfer to take place on the same day that you request it.

You may obtain cash from your Card account at offices of financial institutions that accept Mastercard cards, subject to certain restrictions set by us or the institution, including on the amount and frequency of transactions.

Each time you use your Card, you represent and warrant to us that you are either the Cardholder or an authorized user of the Card. If you permit someone else to use your Card, we will treat this as if you have authorized such use and you will be responsible for any transactions made subject to such use. If the Card has not been registered or you do not supply the address currently on file for the Card, you may not be able to complete a transaction for which this information has been requested. If you wish to make a transaction where this is the case, you will need to register your Card and/or you will need to update your address information in accordance with Section 9.

In no event may the Card be used to perpetrate a fraud or to conduct illegal transactions. For security reasons, to avoid high risk activity, or other reasons, we may limit the amount or number of transactions you can make on the Card. We may also suspend the use of a Card based upon and/or refuse to process any transaction(s) that we suspect is irregular, fraudulent, illegal, unauthorized, or violates the terms of this Agreement.

b.  **International Transactions.** If you make a purchase in a currency other than in U.S. dollars or in a country other than the United States ("International Transaction"), the amount deducted from your Card account will be converted by the network or card association that processes the transaction into an amount in U.S. dollars. The rate they choose is either: (i) selected from the range of rates available in wholesale currency markets (which may vary from the rate the association itself receives), or (ii) the government-mandated rate in effect for the applicable central processing date. The conversion rate selected by the network is independent of any fee that we charge as compensation for our services. You will be charged a fee for International Transactions in U.S. dollars as disclosed in the Fee Schedule. If the International Transaction results in a credit due to return, we will not refund any fee or conversion adjustment that may have been charged on your original purchase.

c.  **Personal Identification Number ("PIN").** To set or change a PIN, please call Customer Service or refer to **moneynetwork.com/edd** for instructions. Never share your PIN with anyone and do not enter your PIN into any terminal that appears to be modified or suspicious. If you believe that there has been unauthorized access to your PIN, you should advise us immediately, following the procedures in the section labeled "Unauthorized Transactions."

d.  **Obtaining Card Balance Information.** You should keep track of the amount of value loaded on Cards issued to you. You may obtain information about the amount of money you have remaining in your Card account by calling Customer Service. This information, along with a 12-month history of account transactions, is also available online at **moneynetwork.com/edd**. You also have the right to obtain at least 24 months of written history of account transactions by calling Customer Service, or by writing us at the address located at the top of this Agreement. You will not be charged a fee for this information unless you request that a monthly statement be mailed to you. See your Fee Schedule for more details.

e.  **Authorization Holds.** Except as specified in subsection (f) below, you do not have the right to stop payment on any purchase transaction originated by use of your Card. With certain types of purchases (such as those made at restaurants, hotels, or similar purchases), your Card may be "preauthorized" for an amount greater than the transaction amount to cover gratuity or incidental expenses. Any preauthorization amount will place a "hold" on your available funds until the merchant sends us the final payment amount of your purchase. During this time, you will not have access to preauthorized amounts. Once the final payment amount is processed, the preauthorization amount on hold will be removed. If you authorize a transaction and then fail to make a purchase of that item as planned, the approval may result in a hold for that amount of funds.

f.  **Preauthorized Recurring Transactions.** You have the right to stop payment of preauthorized recurring transactions**.** If we have agreed to make recurring payments out of your Account, you can stop any of these payments if Customer Service receives your stop payment order at least three business days before the scheduled payment. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. Notifications to stop preauthorized payments should be made by calling or writing Customer Service.

g. **Returns and Refunds.** If you are entitled to a refund for any reason for goods or services obtained with your Card, the return and refund will be handled by the merchant. If the merchant credits your Card, the credit may not be immediately available. While merchant refunds are posted to your Card account as soon as they are received, we have no control over when a merchant sends a credit for the refund transaction and the refund may not be available for a number of days after the date the refund transaction occurs.

h. **Receipts.** You may wish to retain receipts as a record of transactions. Receipts will be required if you need to verify a transaction.

i. **Split Transactions and Other Uses.** If you do not have enough funds available in your Card account, you can instruct the merchant to charge a part of the purchase to the Card and pay the remaining amount with another form of payment. These are called "split transactions." Some merchants do not allow cardholders to conduct split transactions. Some merchants will only allow you to do a split transaction if you pay the remaining amount in cash. You use your Card number without presenting your Card (such as for an internet transaction, a mail order or a telephone purchase), the legal effect will be the same as if you used the Card itself.

j. **Negative Balance.** YOU ARE NOT ALLOWED TO EXCEED THE BALANCE OF THE FUNDS AVAILABLE ON YOUR CARD. If you attempt to use the Card when there are insufficient funds associated with it, the transaction will generally be declined. Nevertheless, if a transaction exceeds the balance of the funds available in your Card account, you shall remain fully liable to us for the amount of the transaction and agree to pay us promptly for the negative balance. We also reserve the right to cancel this Card and close your Card account should you create one or more negative balances with your Card.

3. **REPLACEMENT CARD**

Your funds do not expire. The "valid thru" date indicated on the front of your Card is not an expiration date of funds, but is intended primarily for fraud protection purposes and also permits your Card to be used with certain Internet or mail/telephone order merchants. After the "valid thru" date, your Card will no longer function. If funds remain on your Card at the time of expiration and your account is still active, you will receive a replacement card prior to the Card's expiration. If funds remain on your Card at the time of expiration and your account is no longer active, you may call the Customer Service number listed on your Card and request a check. If your Card is lost or stolen prior to the expiration date, you may call Customer Service to request a replacement card. Upon contacting us for any lost/stolen card, your funds will be temporarily unavailable until you activate your replacement Card.

4. **BUSINESS DAYS**

For purposes of these disclosures, our business days are Monday through Friday excluding holidays.

5. **LOST OR STOLEN CARDS; UNAUTHORIZED TRANSACTIONS**

a. **Contact Customer Service Immediately.** If you believe your Card or PIN has been lost or stolen, contact Customer Service. You should also call or write to Customer Service if you believe a transfer has been made using the information from your Card or PIN without your permission.

b. **Your Liability for Unauthorized Transfers.** Tell us AT ONCE if you believe your Card or PIN has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission. Calling Customer Service is the best way of keeping your possible losses down. You could lose all the money in your Card account. If you tell us within 2 business days after you learn of the loss or theft of your Card or PIN, you can lose no more than $50 if someone used your Card or PIN without your permission. If you do NOT tell us within 2 business days after you learn of the loss or theft of your Card or PIN, and we can prove we could have stopped someone from using your Card or PIN without your permission if you had told us within those 2 business days, you could lose as much as $500. Also, if your electronic history shows transfers that you did not make, including those made by your Card or other means, tell us at once. If you do not tell us within 60 days after the earlier of the date you electronically accessed your Card account (if the unauthorized transfer could be viewed in your electronic history), or the date we sent the FIRST written history on which the unauthorized transfer appeared, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time periods for a reasonable period.

c. **In case of errors or questions about your Electronic Transfers.** In Case of Errors or Questions About Your Card Account, call Customer Service or write us at the address located at the top of the Agreement as soon as you can. If you think an error has occurred in your Card account, we will allow you to report an error until 60 days after the earlier of the date you electronically access your Card account, if the error could be viewed in your electronic history, or the date we sent the FIRST written history on which the error appeared. You may request a written history of your transactions at any time by calling

Customer Service or writing us at the address located at the top of this Agreement. You will need to tell us:

    i. your name and Card account number;
    ii. why you believe there is an error;
    iii. the dollar amount involved; and
    iv. approximately when the error took place.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days from the day we first heard from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your Card account within 10 business days from the day we first heard from you for the amount you think is in error, so that you will have the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days from the date of our request, we may not credit your Card account. For errors involving new Card accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new Card accounts, we may take up to 20 business days to credit your Card account for the amount you think is in error. We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation. If you need more information about our error resolution procedures, call Customer Service.

d. **Your Liability for Unauthorized Mastercard Transactions.** For Mastercard® debit card transactions, unless you have been grossly negligent or have engaged in fraud, you will not be liable for any unauthorized transactions processed with your Mastercard® debit card.

e. **Funds to Which You Are Not Entitled.** If funds are deposited into your Account and the California Employment Development Department ("EDD") reasonably believes you are not entitled to those funds, whether by mistake, because you obtained the Account unlawfully or fraudulently, because of your ineligibility or non-qualification for Unemployment or State Disability insurance benefits, or for any other reason, we may freeze your funds or deduct those funds from your Account.  We may do so based on information about your entitlement provided to us by the EDD or on other information that we rely upon reasonably and in good faith.  This may cause your balance to go negative. Upon instruction from EDD, we may also freeze your funds if EDD believes your Account or Card has been used for suspected irregular, unauthorized, or illegal activity.  If we do freeze your funds or deduct funds at any time based upon any of the foregoing reasons, we may return some or all of the funds to EDD.   If we return the funds to EDD, we will close your Account.  If you believe we should not have returned the funds to EDD, you must apply to EDD to get the funds back.

6. **CONFIDENTIALITY**

We may disclose information to third parties about your Card account or the transactions you make:

a. Where it is necessary for completing transactions;
b. In order to verify the existence and condition of your Card account for a third party, such as a merchant;
c. In order to comply with government agency or court orders, or other legal reporting requirements;
d. If you give us your written permission;
e. To our employees, auditors, affiliates, service providers, or attorneys as needed; or
f. As otherwise necessary to fulfill our obligations under this Agreement.

7. **OUR LIABILITY FOR FAILURE TO COMPLETE TRANSACTIONS**

If we do not complete a transaction to or from your Card account on time or in the correct amount according to our Agreement with you, we will be liable for your losses and damages proximately caused by us. However, there are some exceptions. We will not be liable in the following instances:

a. If, through no fault of ours, you do not have enough funds available in your Card account to complete the transaction;
b. If a merchant refuses to accept your Card;
c. If an ATM where you are making a cash withdrawal does not have enough cash;
d. If an electronic terminal where you are making a transaction does not operate properly and you knew about the problem when you initiated the transaction;
e. If access to your Card has been blocked after you reported your Card or PIN lost or stolen;
f. If there is a hold or your funds are subject to legal process or other encumbrance restricting their use;
g. If we have reason to believe the requested transaction is unauthorized;
h. If circumstances beyond our control (such as fire, flood or computer or communication failure) prevent the completion of the transaction, despite reasonable precautions that we have taken;

i.     Any other exception stated in our Agreement with you or as permitted by applicable law.

8.   **LIMITATION OF LIABILITY**

Except as provided in Section 5 (Lost, Stolen, or Compromised Cards or PINs; Unauthorized Transactions) and under applicable law, our liability under this Agreement is limited to reimbursing you for the amount of your loss up to the face amount of any unauthorized card transaction, including associated fees, covered by this policy. We are not liable for any claims, losses or damages that arise out of your misuse of the Card. We are not liable for any claims of special, indirect or consequential damages.

9.   **CHANGE OF ADDRESS**

You are responsible for updating your address if it changes, and such updates must be made by contacting the California Employment Development Department. Log in to myEDD (myEDD.edd.ca.gov), select UI Online or SDI Online, then select Profile to update your contact information. If you do not have an online account, visit edd.ca.gov/ContactEDD for help contacting your EDD benefit program to update your address.

10.   **OTHER TERMS**

The Card and your obligations under this Agreement may not be assigned. We may transfer our rights under this Agreement. Use of your Card is subject to all applicable rules and customs of any clearinghouse or other association involved in transactions. We do not waive our rights by delaying or failing to exercise them at any time (for example, assessing a fee less than described, or not all, for any reason does not waive our right to begin charging the fee as set forth in this Agreement without notice). If any provision of this Agreement shall be determined to be invalid or unenforceable under any rule, law, or regulation of any governmental agency, local, state, or federal, the validity or enforceability of any other provision of this Agreement shall not be affected. This Agreement will be governed by the law of the state of California except to the extent governed by federal law. Should your Card have a remaining balance after a certain period of time, we may be required to remit the remaining funds to the appropriate state agency.

11.   **AMENDMENT; CANCELLATION; TERMINATION**

We may amend or change the terms of this Agreement at any time, subject to applicable law. We may add new terms and conditions and we may delete or amend existing terms and conditions. We generally send you at least 21 days' advance notice of an adverse change, including increased fees to you, increased liability for you, fewer types of available electronic fund transfers, or stricter limitations on the frequency or dollar amount of transfers. However, if the change is made for security purposes, we can implement such change without prior notice. If you do not agree with the change, you may close your Account by contacting Customer Service. However, if you continue to use your Account or keep it open, you accept and agree to the change.  Your termination of this Agreement will not affect any of our rights or your obligations arising under this Agreement prior to termination. Our obligations to you under this Agreement terminate upon closing of the Account.

12.   **TELEPHONE MONITORING/RECORDING**

By providing us with a telephone number, including a number for a cellular phone or other wireless device, including a number that you later convert to a cellular number, you are expressly consenting to receiving communications—including but not limited to prerecorded or artificial voice message calls, text messages, and calls made by an automatic telephone dialing system—from us and our affiliates and agents at that number. This express consent applies to each such telephone number that you provide to us now or in the future and permits such calls for non-marketing purposes. Calls and messages may incur access fees from your cellular provider. We may monitor and/or record telephone calls between you and us to assure the quality of our customer service or as required by applicable law.

13.   **ENGLISH LANGUAGE CONTROLS**

Translations of this Agreement that may have been provided are for your convenience only and may not accurately reflect the original English meaning. The meanings of terms, conditions, and representations herein are subject to definitions and interpretations in the English language.

14.   **ARBITRATION CLAUSE**

We have put this Arbitration Clause in question-and-answer form to make it easier to follow. However, this Arbitration Clause is part of this Agreement and is legally binding. For purposes of this section, our "Notice Address" is: Flagstar Bank, N.A., Attn: Money Network Arbitrations, 102 Duffy Avenue, Hicksville, NY 11801.

Flagstar State Gov EDD

| Background and Scope. | | |
|---|---|---|
| **Question** | **Short Answer** | **Further Detail** |
| What is arbitration? | An alternative to court | In arbitration, a neutral third-party arbitrator ("Arbitrator") solves Disputes in an informal hearing on an individual basis. |
| Is it different from court and jury trials? | Yes | The hearing is private. There is no jury. It is usually less formal, faster and less expensive than a lawsuit. Pre-hearing fact finding is limited. Appeals are limited. Courts rarely overturn arbitration awards. |
| Can you opt-out of this Arbitration Clause? | Yes, within 60 days | If you do not want this Arbitration Clause to apply, you must send us a signed notice within 60 calendar days after you receive the Card. You must send the notice in writing (and not electronically) to our Notice Address. Provide your name, address and Card number. State that you "opt out" of the Arbitration Clause.  Opting out will not affect the other provisions of this Agreement. |
| What is this Arbitration Clause about? | The parties' agreement to arbitrate Disputes | Unless prohibited by applicable law and unless you opt out, you and we agree that you or we may elect to arbitrate individually or require individual arbitration of any "Dispute" as defined below. |
| Who does the Arbitration Clause cover? | You, us and certain "Related Parties" | This Arbitration Clause governs you and us. It also covers certain "Related Parties": (1) our parents, subsidiaries, affiliates, and their successors and permitted assigns; (2) our employees, directors, officers, shareholders, members and representatives; and (3) any person or company that is involved in a Dispute you pursue at the same time you pursue a related Dispute with us. |
| What Disputes does the Arbitration Clause cover? | All Disputes (except certain Disputes about this Arbitration Clause) | This Arbitration Clause governs all "Disputes" that would usually be decided in court and are between us (or any Related Party) and you. In this Arbitration Clause, the word "Disputes" has the broadest reasonable meaning. It includes all claims even indirectly related to your Card, Account, or this Agreement or the relationships between you and us and/or "Related Parties" resulting therefrom, including but not limited to, initial claims, counterclaims, cross-claims, third-party claims, and claims based on any constitution, statute, regulation, ordinance, common law rule (including rules relating to contracts, torts, negligence, fraud or other intentional wrongs) and equity. It includes claims that seek relief of any type, including damages, and/or injunctive, declaratory, or other equitable relief. It includes claims related to the validity in general of this Agreement. **However, it does not include disputes about the validity, coverage or scope of this Arbitration Clause or any part of this Arbitration Clause. (This includes a Dispute about the rule against class arbitration.) All such disputes are for a court and not an Arbitrator to decide.** |
| Who handles the arbitration? | Usually AAA or JAMS | Arbitrations are conducted under this Arbitration Clause and the rules of the arbitration administrator in effect when the arbitration is started. The arbitration administrator will be either: <br>• The American Arbitration Association ("AAA"), 725 South Figueroa, Suite 400 Los Angeles, CA 90017, www.adr.org. <br>• JAMS, 50 Old Courthouse Square, Suite 600, Santa Rosa, CA 95404, www.jamsadr.com <br>• Any other company picked by agreement of the parties. <br>If all the above options are unavailable, a court with jurisdiction will pick the administrator. No arbitration may be administered without our consent by any administrator that would permit a class arbitration under this Arbitration Clause. The Arbitrator will be selected under the administrator's rules. However, the Arbitrator must be a lawyer with at least ten years of experience or a retired judge unless you and we otherwise agree. |
| Can Disputes be litigated? | Sometimes | Either party may bring a lawsuit if the other party does not demand arbitration. Also, any individual claim(s) by you or us in which the amount in controversy (exclusive of attorneys' fees and costs if applicable law so provides) is properly within the jurisdiction of a small-claims court may be removed to small-claims court at the election of the opposing party by providing notice within 21 days of receiving the arbitration demand from the other party; however, if that action is transferred, removed or appealed to a different court, a party may elect arbitration. |

Flagstar State Gov EDD

| | | Even if all parties have opted to litigate a Dispute in court, you or we may elect arbitration with respect to any Dispute made by a new party or any Dispute later asserted by a party in that lawsuit or in any related or unrelated lawsuit (including a Dispute initially asserted on an individual basis but modified to be asserted on a class, representative, or multi-party basis).  Nothing in that litigation shall constitute a waiver of any rights under this Arbitration Clause. |
|---|---|---|
| Are you and we giving up any rights? | Yes | For Disputes that are arbitrated under this Arbitration Clause, you and we give up our rights to: 1. Have juries decide Disputes. 2. Have courts, other than small-claims courts, decide Disputes. 3. Serve as a private attorney general or in a representative capacity in court or in arbitration. 4. Join a Dispute that you, we, or Related Parties have with a dispute that others have. 5. Bring or be a class member in a class action in court or in a class arbitration. The Arbitrator shall have no authority to conduct any arbitration inconsistent with this section or to issue any relief that applies to any person or entity except you or us or Related Parties individually. |
| Can you or another consumer start a class arbitration? | No | **The Arbitrator is not allowed to handle any Dispute on a class or representative basis.** All Disputes subject to this Arbitration Clause must be decided in an **individual** arbitration or an **individual** small-claims action. You may not pursue any type of collective action or class action against us in arbitration. |
| What law applies? | The California Arbitration Act ("CAA") Cal. Code Civ. Proc. §1280 et seq. | Thus, the CAA governs this Arbitration Clause. The Arbitrator must apply substantive law consistent with the CAA. The Arbitrator must honor statutes of limitation and privilege rights. The Arbitrator is authorized to award all remedies permitted by applicable substantive law, including, without limitation, compensatory, statutory and punitive damages (subject to constitutional limits that would apply in court), declaratory, injunctive and other equitable relief, and attorneys' fees and costs.  In the event of any conflict or inconsistency between this Arbitration Clause and the administrator's rules or the Agreement, this Arbitration Clause will govern. |
| Will anything I do make this Arbitration Clause ineffective? | No | This Arbitration Clause stays in force even if: (1) you or we end this Agreement; (2) we transfer or assign our rights under this Agreement, or (3) a party files for bankruptcy (if bankruptcy law permits). |
| **Process.** | | |
| What must a party do before starting a lawsuit or arbitration? | Send a written Dispute notice and work to resolve the Dispute | Before starting a lawsuit or arbitration, the complaining party must give the other party written notice of the Dispute. The notice must explain in reasonable detail the nature of the Dispute and any supporting facts. If you are the complaining party, you must send the notice in writing (and not electronically) to our Notice Address. You or an attorney you have personally hired must sign the notice and must provide your Card number and a phone number where you (or your attorney) can be reached. A letter from us to you will serve as our written notice of a Dispute. Once a Dispute notice is sent, the complaining party must give the other party a reasonable opportunity over the next 30 days to resolve the Dispute on an individual basis. |
| How does an arbitration start? | Mailing a notice | If the parties do not reach an agreement to resolve the Dispute within 30 days after notice of the Dispute is received, the complaining party may commence a lawsuit or an arbitration, subject to the terms of this Arbitration Clause. To start an arbitration, the complaining party picks the administrator and follows the administrator's rules. If one party begins or threatens a lawsuit, the other party can demand arbitration. This demand can be made in court papers, such as a motion to compel arbitration. Once an arbitration demand is made, no lawsuit can be brought and any existing lawsuit must stop unless a court rules otherwise. |
| Will any hearing be held nearby? | Yes | The Arbitrator may decide that an in-person hearing is unnecessary and that he or she can resolve a Dispute based on written filings and/or a conference call. However, any in-person arbitration hearing must be held at a place reasonably convenient to you. |
| What about appeals? | Very limited | Appeal rights under the CAA are very limited. The Arbitrator's award will be final and binding. Any appropriate court may enter judgment upon the Arbitrator's award. |

Flagstar State Gov EDD

| Arbitration Fees and Awards. | | |
|---|---|---|
| Who bears arbitration fees? | Usually, we do. | We will pay all filing, administrative, hearing and Arbitrator fees if you act in good faith, cannot get a waiver of such fees, and ask us to pay. We will always pay amounts required under applicable law or the administrator's rules. |
| When will we cover your legal fees and costs? | If you win | If you win an arbitration, we will pay the reasonable fees and costs for your attorneys, experts and witnesses. We will also pay these amounts if required under applicable law or the administrator's rules or if payment is required to enforce this Arbitration Clause. The Arbitrator shall not limit his or her award of these amounts because your Dispute is for a small amount. |
| Will you ever owe us for arbitration or attorneys' fees? | Only for bad faith | The Arbitrator can require you to pay our fees if (and only if): (1) the Arbitrator finds that you have acted in bad faith (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)); and (2) this power does not make this Arbitration Clause invalid. |
| Can an award be explained? | Yes | A party may request details from the Arbitrator within 14 days of the ruling.   The Arbitrator will determine whether to grant such request. |
| What happens if a part of this Arbitration Clause cannot be enforced? | It depends | If any portion of this Arbitration Clause cannot be enforced, the rest of the Arbitration Clause will continue to apply, except in two instances.  First, if a court rules that the Arbitrator can decide a Dispute on a class basis and that ruling is not reversed on appeal, then this entire Arbitration Clause (except for this sentence) will be void.  Second, if a claim is brought seeking public injunctive relief and a court determines that the restrictions in this Arbitration Clause prohibiting the Arbitrator from awarding relief on behalf of third parties are unenforceable with respect to such claim (and that determination becomes final after all appeals have been exhausted), then the claim for public injunctive relief will be determined in court and any individual claims seeking monetary relief will be arbitrated.  In such a case, the parties will request that the court stay the claim for public injunctive relief until the arbitration award pertaining to individual relief has been entered in court.  In no event will a claim for public injunctive relief be arbitrated. |

©2023 Flagstar Bank, N.A. All rights reserved. All trademarks, service marks and trade names referenced in this material are the property of their respective owners. Card is issued by My Banking Direct, a service of Flagstar Bank, N.A., Member FDIC.

This Card is issued by My Banking Direct, a service of Flagstar Bank, N.A., Member FDIC, pursuant to a license from Mastercard International Incorporated.

102 Duffy Avenue, Hicksville, NY 11801

1-800-684-7051, Hearing Impaired: 1-800-684-7053

**moneynetwork.com/edd**

**M-138105**

*Actualizado el 1 de noviembre de 2023*

# Tarjeta de pago - Contrato del titular de la tarjeta

**Información de contacto del Servicio de atención al cliente**

**Dirección:**
Money Network Financial, LLC
2900 Westside Parkway
Alpharetta, GA 30004

**Sitio web:** moneynetwork.com/edd

**Número de teléfono:** 1-800-684-7051

**Personas con problemas de audición:**
1-800-684-7053

*(Para llamadas fuera de los Estados Unidos, llame al número especificado en el reverso de su tarjeta. Las llamadas fuera de los EE. UU. pueden incurrir en cargos de telecomunicaciones.)*

**AVISOS IMPORTANTES:**

**(4)** ESTA TARJETA NO PRETENDE SER USADA PARA EFECTOS DE REGALO.

**(5)** AL ACTIVAR O USAR ESTA TARJETA, USTED (1) SE COMPROMETE A ESTAR OBLIGADO POR LOS TÉRMINOS Y LAS CONDICIONES DE ESTE ACUERDO Y (2) NOS AUTORIZA A PROPORCIONAR SU NÚMERO DE CUENTA Y RUTEO A LA AGENCIA GUBERNAMENTAL PARA QUE ESTA PUEDA REALIZAR PAGOS ADICIONALES A ESTA TARJETA. SI NO ESTÁ DE ACUERDO CON ESTOS TÉRMINOS, NO ACTIVE O INTENTE USAR LA TARJETA; DEBE CANCELARLA LLAMANDO A SERVICIO DE ATENCIÓN AL CLIENTE Y SOLICITE SUS FONDOS EN LA FORMA DE CHEQUE EN PAPEL.

**(6)** LEA CUIDADOSAMENTE. ESTE ACUERDO CONTIENE UNA DISPOSICIÓN DE ARBITRAJE (SECCIÓN "CLÁUSULA DE ARBITRAJE") QUE REQUIERE QUE TODAS LAS DEMANDAS SEAN RESUELTAS MEDIANTE ARBITRAJE VINCULANTE.

En este Acuerdo del titular de la tarjeta, que junto con la Tabla de cargos, la Lista de límites de saldo y transacciones, y la Guía de beneficios de Mastercard para titulares de tarjetas prepagadas se denominarán su "Acuerdo", se establecen los términos y las condiciones conforme a los cuales se le ha emitido la Tarjeta de débito prepagada Mastercard® de My Banking Direct. En este Acuerdo, "Tarjeta" se refiere a la Tarjeta de débito prepagada Mastercard emitida para usted por My Banking Direct, un servicio de Flagstar Bank, N.A. "Usted" y "su" hacen referencia a la persona o personas que han recibido la Tarjeta y están autorizadas a usarla según lo dispuesto en este Acuerdo. El uso de "nosotros", "nos" y "nuestro" hace referencia a Flagstar Bank, N.A., así como también a nuestros sucesores, cesionarios y empresas afiliadas. "Agencia Gubernamental" significa la agencia gubernamental que solicitó la tarjeta a su nombre. La Tarjeta seguirá siendo propiedad de Flagstar Bank, N.A., y deberá ser entregada a petición. La Tarjeta es intransferible, y podrá ser cancelada, o bien, su posesión podrá ser recuperada o revocada en cualquier momento, sin aviso previo, sujeto a los preceptos de la ley aplicable. Lea este Acuerdo con detenimiento y guárdelo para futuras consultas.

15. **ACERCA DE SU TARJETA**

Usted no tiene la capacidad de agregar fondos a su Tarjeta. Usted debería tratar su Tarjeta con el mismo cuidado con el que trataría el efectivo. Su cuenta de la Tarjeta no es una cuenta corriente ni de ahorro y no está vinculada de ninguna manera a cualquier otra cuenta que pueda tener. La Tarjeta no es una tarjeta de crédito. No recibirá intereses sobre los fondos en la cuenta de la Tarjeta. Los fondos en la cuenta de la Tarjeta de hasta $250,000 estarán asegurados hasta $250,000 por la Corporación Federal de Seguros de Depósitos (Federal Deposit Insurance Corporation, FDIC). Puede registrar su Tarjeta o ver el saldo de su cuenta y su información personal a través de la aplicación móvil de Money Network ("Aplicación móvil") o en **moneynetwork.com/edd** ("Sitio web"). Antes de su activación, su cuenta de la Tarjeta se llenará con información personal limitada provista por la Agencia Gubernamental. Puede actualizar su correo electrónico y número de teléfono a través de la aplicación móvil de Money Network, visitando **moneynetwork.com/edd** o llamando al Servicio de Atención al Cliente. Sin embargo, debe seguir el procedimiento de la Sección 9 para cambiar otra información personal, incluida su dirección. Le recomendamos que mantenga su información actualizada para que podamos enviar cualquier tarjeta de reemplazo o cheque a la dirección correcta.

16. **CÓMO USAR SU TARJETA**

a. **Acceso a los fondos y limitaciones.** Debe activar su Tarjeta antes de usarla llamando al número que se indica en ella o escaneando el código QR, descargando la Aplicación móvil y activando su Tarjeta en dicha Aplicación. Los fondos a los que puede acceder son provistos por la Agencia Gubernamental, no por el emisor de la Tarjeta. La Agencia Gubernamental es plenamente responsable de asegurar que los fondos estén disponibles para ser cargados a su Tarjeta. Para Tarjetas que tienen más de un nombre, solamente el titular de la tarjeta principal puede activarla.

Puede usar su Tarjeta para comprar productos o servicios donde se acepten las tarjetas de débito Mastercard. Cada vez que use su Tarjeta, usted nos autoriza a deducir del saldo disponible en la Cuenta un monto idéntico al de la transacción que realizó.

Usted puede usar su Tarjeta para retirar efectivo de un cajero automático (ATM). No habrá costo alguno por el retiro de efectivo si utiliza un cajero automático dentro de la red en los Estados Unidos. Para encontrar cajeros automáticos dentro de la red, use el localizador en el sitio web o en su aplicación móvil. También puede retirar efectivo de ciertos cajeros automáticos fuera de la red por un cargo establecido en la tabla de cargos incluida con su Tarjeta. Puede usar su Tarjeta para retirar efectivo por un cargo establecido en la Tabla de cargos al presentarla en las ventanillas de los bancos u otras instituciones financieras que acepten tarjetas con el logotipo de la red de tarjeta que aparece en su Tarjeta a cambio de efectivo.

Puede obtener dinero en efectivo de la cuenta de su Tarjeta en cualquier ubicación de Green Dot en los EE. UU. ("Transferencia en efectivo de emergencia"). Para iniciar solicitudes de Transferencias en efectivo de emergencia, debe comunicarse siempre con el Servicio de Atención al Cliente. Todas las solicitudes de Transferencias en efectivo de emergencia están sujetas a los cargos correspondientes establecidos en la Tabla de cargos. Todas las solicitudes de Transferencias en efectivo de emergencia están sujetas a nuestras pautas y a las pautas de Green Dot, que pueden variar según el estado y pueden incluir ciertos límites en el monto en dólares, requisitos de identificación y otras restricciones. Nuestras pautas se encuentran publicadas en el sitio web **moneynetwork.com/edd** y pueden modificarse de vez en cuando, por lo que debe revisarlas antes de iniciar una Transferencia en efectivo de emergencia. El servicio de Transferencia en efectivo de emergencia está destinado a eventos imprevistos, por ejemplo, si necesita dinero en efectivo mientras espera recibir una tarjeta de reemplazo. Podemos restringir las circunstancias en las que puede utilizar este servicio. Si solicita una Transferencia en efectivo de emergencia, acepta que no tenemos responsabilidad alguna por las pérdidas o daños que pueda sufrir como resultado de cualquier acción, inacción o demora para actuar por parte de Green Dot, sus agentes o cualquier otro tercero. Es posible que no podamos tramitar la Transferencia en efectivo de emergencia para que se realice el mismo día en que usted la solicite.

Usted podrá obtener dinero en efectivo de la cuenta de su Tarjeta en oficinas de instituciones financieras que acepten tarjetas Mastercard, sujeto a ciertas restricciones establecidas por nosotros o la institución en el monto o la frecuencia de las transacciones.

Cada vez que utilice su Tarjeta, usted declara y garantiza que es el Titular de la Tarjeta o un usuario autorizado de la misma. Si usted permite que otra persona haga uso de la Tarjeta, nosotros trataremos esta situación como si usted hubiese autorizado tal uso y será responsable por las transacciones hechas sujetas a tal uso. Si la Tarjeta no fue registrada o usted no proporciona la dirección actualmente en archivos correspondiente a la Tarjeta, es posible que no pueda completar la transacción para la que fue solicitada la información. Si desea realizar una transacción en la que este sea el caso, necesitará registrar su Tarjeta y/o actualizar la información de su dirección de acuerdo con la Sección 9.

En ningún caso la Tarjeta podrá usarse para cometer fraudes o realizar transacciones ilegales. Por razones de seguridad, para evitar actividades de alto riesgo o por otros motivos, nos reservamos el derecho a establecer límites sobre los montos o la cantidad de transacciones que pueda efectuar con la Tarjeta. También podemos negarnos a procesar cualquier transacción que sospechemos que es irregular, fraudulenta, ilegal, no autorizada o que viola los términos de este Acuerdo, o suspender el uso de una Tarjeta por dichos motivos.

b.  **Transacciones internacionales.** Si usted hace una compra en una moneda que no sea en dólares estadounidenses o en un país que no sea Estados Unidos ("Transacción internacional"), la red o la asociación de tarjetas que procesa la transacción convertirá el monto deducido de la cuenta de su Tarjeta a un monto en dólares estadounidenses. El tipo por el que optan (i) se selecciona de la variedad de tipos de cambio disponibles de divisas mayoristas (que pueden variar del tipo de cambio que recibe la propia asociación) o (ii) el tipo de cambio que exige el gobierno, en vigor en la fecha de procesamiento central pertinente. El tipo de conversación seleccionado por la red es independiente de cualquier tarifa que cobremos como compensación por nuestros servicios. Se le cobrará un cargo por las transacciones internacionales en dólares de los EE. UU. como se indica en la Tabla de cargos. Si la Transacción internacional genera un crédito por devolución, no reembolsaremos ningún cargo o ajuste por conversión que pueda haberse cobrado en su compra original.

c.  **Número de Identificación personal ("PIN").** Para establecer o cambiar un PIN, llame al Servicio de Atención al Cliente o consulte **moneynetwork.com/edd** para obtener instrucciones. Nunca comparta su PIN con nadie y no ingrese su PIN en ninguna terminal que pareciera estar modificada o fuese sospechosa. Si sospecha o sabe que alguien se enteró de su PIN sin su permiso, tiene que avisarnos de inmediato siguiendo el procedimiento que se detalla en el apartado "Transacciones No Autorizadas".

d.  **Cómo obtener información del saldo de su Tarjeta.** Usted debería mantener un registro del monto de valor cargado en las Tarjetas que se le emitieron. Puede obtener información sobre el monto que tiene en su cuenta de la Tarjeta llamando al Servicio de Atención al Cliente. Esta información, junto con un historial de 12 meses de movimientos de la cuenta, también está disponible en línea en **moneynetwork.com/edd**. Además, tiene el derecho de obtener un historial por escrito de al menos 24 meses de movimientos de la cuenta llamando al Servicio de Atención al Cliente o escribiendo a la dirección ubicada en la parte superior de este Acuerdo. No se le cobrará un cargo por esta información a menos que solicite que se le envíe un estado de cuenta mensual por correo. Consulte la tabla cargos para obtener más información.

e. **Preautorizaciones.** Salvo lo especificado en la subsección (f) de abajo, usted no tiene el derecho de impedir el pago de ninguna transacción de compra que se haya originado al haber usado la Tarjeta. Para determinados tipos de compras (como las efectuadas en restaurantes, hoteles o compras similares), su Tarjeta puede estar "preautorizada" por un monto mayor al monto de la transacción para cubrir propinas o gastos imprevistos. Cualquier importe preautorizado impondrá una "retención" en sus fondos disponibles hasta que el comerciante nos envíe el importe del pago final de su compra. Durante este período, no podrá utilizar el monto preautorizado. Una vez que se haya procesado el monto del pago final, se eliminará la retención en el monto del pago preautorizado. Si usted autoriza una transacción y luego no realiza la compra de ese artículo según lo previsto, la aprobación podrá dar lugar a una retención para ese monto de fondos.

f. **Transacciones recurrentes preautorizadas.** Usted tiene derecho a suspender el pago de transacciones recurrentes preautorizadas**.** Si hemos acordado hacer pagos recurrentes de su cuenta, puede suspender estos pagos si el Servicio de Atención al Cliente recibe su orden de suspensión del pago con al menos tres días hábiles de antelación a la fecha de pago programada. Si nos llama, también podremos pedirle que realice su solicitud por escrito y nos la envíe en un plazo de 14 días después de su llamada. Las notificaciones para suspender pagos preautorizados deben efectuarse llamando o escribiendo al Servicio de Atención al Cliente.

g. **Devoluciones y reembolsos.** Si usted tiene derecho a un reembolso por cualquier motivo por bienes o servicios comprados con su Tarjeta, el comerciante gestionará la devolución o reembolso. Si el comerciante acredita dinero a su Tarjeta, es posible que el crédito no esté inmediatamente disponible. Si bien los reembolsos de los comerciantes se contabilizan en la Cuenta de su tarjeta tan pronto como se reciben, no tenemos ningún control sobre el momento en que un comerciante envía un crédito por la transacción de reembolso y es posible que el reembolso no esté disponible durante varios días después de la fecha en que se produce la transacción de reembolso.

h. **Recibos.** Se le recomienda retener los recibos como registro de sus transacciones. Los recibos serán requeridos si necesita verificar una transacción.

i. **Transacciones divididas y otros usos.** Si no tiene fondos suficientes disponibles en su cuenta de la Tarjeta, puede solicitarle al comerciante cobrar una parte de la compra a la Tarjeta y pagar el monto restante con dinero en efectivo u otra forma de pago. A esto se lo conoce como "transacciones divididas". Algunos comerciantes no permiten que los titulares de tarjetas realicen transacciones divididas. Algunos comerciantes solo le permitirán hacer una transacción dividida si usted paga el monto restante en efectivo. Si utiliza el número de su Tarjeta sin presentar la Tarjeta (como, por ejemplo, en una transacción por Internet, por correo o por teléfono), el efecto legal será el mismo que si hubiese utilizado la Tarjeta.

j. **Saldo negativo.** NO TIENE PERMITIDO EXCEDERSE DEL SALDO DE LOS FONDOS DISPONIBLES EN SU TARJETA. Si intenta utilizar la Tarjeta cuando los fondos asociados a la misma son insuficientes, generalmente la transacción será rechazada. Sin embargo, si una transacción supera el saldo de los fondos disponibles en su cuenta de la Tarjeta, usted será plenamente responsable ante nosotros por el monto de la transacción, y acepta pagarnos oportunamente cualquier saldo negativo. También nos reservamos el derecho de cancelar esta Tarjeta y cerrar su cuenta de la Tarjeta si usted crea uno o más saldos negativos con su Tarjeta.

17. **TARJETA DE REEMPLAZO**

Sus fondos no expiran. La fecha "válida hasta" indicada en el anverso de su Tarjeta no es una fecha de vencimiento de los fondos, sino que está prevista principalmente como protección contra propósitos de defraudación y también permite que su Tarjeta sea usada con ciertos comerciantes de pedidos por Internet o correo/teléfono. Después de la fecha de "válido hasta", su Tarjeta ya no funcionará. Si quedasen fondos en su Tarjeta al momento del vencimiento y su cuenta siguiese activa, recibirá una tarjeta de reemplazo antes del vencimiento de la Tarjeta. Si los fondos permanecieran en su Tarjeta al momento del vencimiento y su cuenta ya no estuviese activa, puede llamar al número de Servicio de atención al cliente que figura en su Tarjeta y solicitar un cheque. Si perdiese o le robasen su Tarjeta antes de la fecha de vencimiento, puede llamar a Servicio de atención al cliente para solicitar una tarjeta de reemplazo. Al momento de que nos contacte con relación a cualquier tarjeta extraviada/robada, sus fondos estarán temporalmente inaccesibles hasta que active su Tarjeta de reemplazo.

18. **DÍAS HÁBILES**

A los fines de estas divulgaciones, nuestros días hábiles serán de lunes a viernes, excluidos los feriados.

19. **TARJETAS EXTRAVIADAS O ROBADAS; TRANSACCIONES NO AUTORIZADAS**

a. **Llame inmediatamente al Servicio de Atención al Cliente.** Si sospecha o sabe que extravió o le robaron su Tarjeta o PIN, contáctese con Servicio de Atención al Cliente. Además, si considera que se ha realizado una transferencia con la información de su Tarjeta o PIN sin su permiso, debe comunicarse con el Servicio de Atención al Cliente.

b. **Su responsabilidad por las transferencias no autorizadas.** Infórmenos INMEDIATAMENTE si cree que su Tarjeta o PIN ha sido extraviado o robado, o si cree que se ha efectuado una transferencia electrónica de fondos sin su permiso. Llamar por teléfono al Servicio de Atención al Cliente es la mejor manera de reducir sus posibles pérdidas. Podría llegar a perder todo el dinero que tiene en su cuenta de la Tarjeta. Si nos informa dentro de los 2 días hábiles posteriores a la fecha en que toma conocimiento del extravío o el robo de su Tarjeta o PIN, puede perder no más de $50 si alguien usó su Tarjeta o PIN sin su permiso. Si NO nos informa dentro de los 2 días hábiles posteriores a la fecha en que toma conocimiento del extravío o robo de su Tarjeta o PIN, y podemos probar que podríamos haber impedido que alguien usara su Tarjeta o PIN sin su permiso si nos lo hubiera dicho en esos dos días hábiles, podría perder hasta $500. Además, si su historial electrónico revela transferencias que usted no hizo, incluidas las hechas con su Tarjeta o por otros medios, debe informárnoslo de inmediato. Si no nos informa dentro de los 60 días posteriores a lo que ocurra primero entre la fecha en que accedió electrónicamente a su cuenta de la Tarjeta (si la transferencia no autorizada podía verse en su historial electrónico), o la fecha en que le enviamos el PRIMER historial escrito en el que apareció la transferencia no autorizada, no podrá recuperar nada del dinero que perdió después de transcurridos los 60 días si nosotros podemos probar que podríamos haber impedido que alguien tomara el dinero si usted nos lo hubiera informado a tiempo. Si no se comunicó con nosotros por un motivo justificado (como un viaje largo o una hospitalización), extenderemos los plazos por un lapso razonable.

c. **En caso de errores o inquietudes con respecto a sus Transferencias electrónicas.** En caso de errores o inquietudes con respecto la cuenta de su Tarjeta, llame al Servicio de Atención al Cliente o escríbanos a la dirección que figura en la parte superior del Acuerdo lo antes posible. Si cree que ocurrió un error en la cuenta de su Tarjeta, le permitiremos que nos informe el error a más tardar dentro de los 60 días posteriores a la fecha en que tuvo acceso electrónico a su cuenta, si el error pudo verse en su historial electrónico, o la fecha en que le enviamos el PRIMER historial por escrito en el que figuraba el error. Puede solicitar un historial de sus transacciones por escrito en cualquier momento llamando al Servicio de Atención al Cliente o escribiendo a la dirección ubicada en la parte superior de este Acuerdo. Deberá decirnos:

   i. Su nombre y el número de cuenta de la Tarjeta
   ii. El motivo por el cual cree que hay un error
   iii. El monto de dólares involucrado
   iv. Aproximadamente cuándo se produjo el error

Si se comunica con nosotros de manera verbal, posiblemente le pidamos que nos envíe su queja o pregunta por escrito en un plazo de 10 días hábiles. Determinaremos si se ha producido un error dentro de los 10 días hábiles a partir del día en que tuvimos noticias suyas y corregiremos cualquier error con prontitud. Sin embargo, si necesitamos más tiempo, podremos tomarnos hasta 45 días para investigar su queja o pregunta. Si decidimos hacer esto, le acreditaremos a su cuenta de la Tarjeta dentro de 10 días hábiles a partir del día en que nos comunicó por primera vez la cantidad que cree que es un error, para que disponga del dinero durante el tiempo que nos lleve completar nuestra investigación. Si le pedimos que nos envíe el reclamo o la consulta por escrito, y no lo recibimos dentro de diez (10) días hábiles, podremos no acreditarle el monto en su cuenta de la Tarjeta. En caso de errores que involucran nuevas cuentas de la Tarjeta, un punto de venta o una transacción iniciada en el extranjero, podremos tomarnos hasta 90 días para investigar su queja o consulta. Para las cuentas de la Tarjeta nuevas, puede llevarnos hasta 20 días hábiles acreditar su cuenta de la Tarjeta por el monto que usted crea errado. Le comunicaremos los resultados en un plazo de 3 días hábiles después de completar nuestra investigación. Si decidimos que no existe ningún error, le enviaremos una explicación por escrito. Usted puede pedirnos copias de los documentos que utilizamos en nuestra investigación. Si necesita más información acerca de nuestros procedimientos de resolución de errores, llame al Servicio de Atención al Cliente.

d. **Su responsabilidad por las transacciones con Mastercard no autorizadas.** En el caso de las transacciones con tarjeta de débito Mastercard®, a menos que haya actuado con negligencia grave o haya cometido fraude, no será responsable de ninguna transacción no autorizada procesada con su tarjeta de débito Mastercard®.

e. **Fondos a los que no tiene derecho.** Si los fondos se depositan en su Cuenta y el Departamento del Desarrollo del Empleo (Employment Development Department, EDD) de California considera de manera justificada que usted no tiene derecho a esos fondos, ya sea porque hubo un error, porque obtuvo la Cuenta de manera ilegal o fraudulenta, porque no es elegible o no reúne los requisitos para los beneficios del seguro por desempleo o discapacidad del estado, o por cualquier otro motivo, podemos congelar sus fondos o deducir esos fondos de su Cuenta. Podemos hacerlo basándonos en la información sobre su derecho a tales beneficios proporcionada por el EDD o en otra información en la que confiemos de manera razonable y de buena fe. Esto puede hacer que su saldo sea negativo. Por instrucción del EDD, también podemos congelar sus fondos si el EDD considera que su Cuenta o Tarjeta se ha usado para presuntas actividades irregulares, no autorizadas o ilegales. Si congelamos sus fondos o deducimos fondos en cualquier momento por cualquiera de los motivos mencionados, podemos devolver algunos o todos los fondos al EDD. Si devolvemos los fondos al EDD, cerraremos su Cuenta. Si cree que no deberíamos haber devuelto los fondos al EDD, deberá solicitar al EDD que le devuelva los fondos.

## 20. CONFIDENCIALIDAD

Nos reservamos el derecho a divulgar a terceros información relativa a su cuenta de la Tarjeta o a las transacciones que usted realice:

   a. en los casos en los que sea necesario para completar las operaciones;
   b. para verificar la existencia y el estado de su cuenta de la Tarjeta para un tercero, por ejemplo, un comerciante;
   c. cuando nos lo exija cualquier organismo gubernamental, tribunal o bien para cumplir otro requerimiento de reportes legales;
   d. si nos da su permiso por escrito; o
   e. a nuestros empleados, auditores, afiliadas, proveedores de servicios o abogados, según fuese necesario; o
   f. según sea necesario para cumplir las obligaciones en virtud de este Contrato.

## 21. NUESTRA RESPONSABILIDAD POR NO COMPLETAR LAS TRANSACCIONES

En caso de no poder efectuar una transacción a tiempo hacia o desde la cuenta de la Tarjeta, o de que el monto no sea el correcto, según lo que indica nuestro Acuerdo con usted, nos haremos responsables por los daños y las pérdidas ocasionados directamente por nosotros. Sin embargo, existen algunas excepciones. No seremos responsables en los siguientes casos:

   a. si, por un error que nosotros no cometimos, el saldo de la Cuenta de la Tarjeta es insuficiente para efectuar la operación;
   b. si un comerciante se rehúsa a aceptar su Tarjeta;
   c. si un ATM en el que está retirando dinero no tiene suficiente dinero en efectivo;
   d. si una terminal electrónica en la que usted está haciendo una operación no funciona adecuadamente y usted conocía el problema cuando inició la operación;
   e. si tiene bloqueado el acceso a su Tarjeta por haber denunciado el robo o la pérdida de su Tarjeta o PIN;
   f. si sus fondos están retenidos o no pueden utilizarse por razones legales o por cualquier otro impedimento que restrinja su uso;
   g. si tenemos motivos para creer que la operación solicitada no está autorizada;
   h. si, por circunstancias ajenas a nosotros (tales como incendios, inundaciones, problemas con la computadora o en la comunicación), no se puede terminar de efectuar la operación, a pesar de todas las precauciones, dentro de lo razonable, que podamos haber tomado;
   i. cualquier otra excepción establecida en nuestro Acuerdo con usted o según lo permita la ley aplicable.

## 22. LIMITACIÓN DE RESPONSABILIDAD

Salvo lo dispuesto en la Sección 5 (Tarjetas o PIN extraviados, robados o comprometidos; transacciones no autorizadas) y en virtud de la ley aplicable, nuestra responsabilidad conforme a este Acuerdo se limita a reembolsarle el monto de su pérdida hasta el valor nominal de cualquier transacción no autorizada con tarjeta, incluidos los cargos asociados, cubierta por esta póliza. No somos responsables de ninguna reclamación, pérdida o daño que surja de su uso indebido de la Tarjeta. No somos responsables de ninguna reclamación por daños especiales, indirectos o consecuentes.

## 23. CAMBIO DE DIRECCIÓN

Usted es responsable de actualizar su dirección si esta cambia; para ello, debe comunicarse con el Departamento del Desarrollo del Empleo de California. Inicie sesión en myEDD (myEDD.edd.ca.gov), seleccione UI Online (Seguro de desempleo en línea) o SDI Online (Seguro de discapacidad en línea) y, luego, Profile (Perfil) para actualizar su información de contacto. Si no tiene una cuenta en línea, visite edd.ca.gov/ContactEDD para obtener ayuda para comunicarse con su programa de beneficios de EDD y actualizar su dirección.

## 24. OTROS TÉRMINOS

Usted no puede transferir ni su Tarjeta ni las obligaciones contraídas mediante este Acuerdo. Nosotros podremos transferir nuestros derechos en virtud de este Acuerdo. El uso de su Tarjeta está sujeto a todas las normas y costumbres aplicables de cualquier cámara de compensación u otra asociación involucrada en las transacciones. Nosotros no renunciamos, en ningún momento, a nuestros derechos por el hecho de demorar su ejercicio o no ejercerlos (por ejemplo, aplicar un cargo menor al descrito, o no hacerlo, por cualquier razón no implica que renunciemos a nuestro derecho de comenzar a aplicar el cargo como se establece en este Acuerdo, sin aviso previo). Si se determina que alguna disposición de este Acuerdo es inválida o inexigible en virtud de alguna norma, ley o reglamentación de un organismo gubernamental local, estatal o federal, la validez o exigibilidad de las demás disposiciones de este Acuerdo no se verá afectada. Este Acuerdo se regirá por la legislación del estado de California, excepto en la medida en que se rija por la legislación federal. Si su Tarjeta tuviera un saldo restante después de un cierto período, podremos estar obligados a remitir los fondos restantes al organismo estatal apropiado.

## 25. ENMIENDA; CANCELACIÓN; FINALIZACIÓN

Nosotros podremos enmendar o modificar los términos de este Acuerdo en cualquier momento, con sujeción a la legislación aplicable. Podemos

agregar nuevos términos y condiciones, y eliminar o modificar los términos y condiciones existentes. Por lo general, enviamos un aviso con al menos 21 días de anticipación cuando hay un cambio adverso, como un aumento de los cargos para usted, un aumento de la responsabilidad para usted, menos tipos de transferencias electrónicas de fondos disponibles o limitaciones más estrictas en la frecuencia o el monto en dólares de las transferencias. Sin embargo, si dicha modificación se efectúa por cuestiones de seguridad, tenemos el derecho de implementar el cambio sin aviso previo. Si no está de acuerdo con el cambio, puede comunicarse con el Servicio de Atención al Cliente para cerrar su Cuenta. Pero si continúa utilizando su Cuenta o la mantiene abierta, significa que acepta el cambio. La rescisión de este Acuerdo por su parte no modifica ninguno de nuestros derechos ni ninguna de sus obligaciones que hayan surgido de este Acuerdo anterior a la rescisión. Nuestras obligaciones con usted en virtud de este Acuerdo finalizan con el cierre de la Cuenta.

26. **GRABACIÓN/SUPERVISIÓN TELEFÓNICA**

Al proporcionarnos un número de teléfono, incluido un número de teléfono celular u otro dispositivo inalámbrico, lo que incluye un número que más adelante convierta en un número celular, usted acepta expresamente recibir comunicaciones, incluidas, entre otras, llamadas de mensajes de voz artificial o pregrabados, mensajes de texto y llamadas realizadas por un sistema de marcación telefónica automática, de nosotros y nuestras filiales y agentes a ese número. Este consentimiento expreso se aplica a cada número de teléfono que nos proporcione ahora o en el futuro y permite dichas llamadas para fines no relacionados con el marketing. Las llamadas y los mensajes pueden incurrir en tarifas de acceso de su proveedor de telefonía celular. En forma periódica podemos supervisar o grabar las llamadas telefónicas entre usted y nosotros para garantizar la calidad de nuestro servicio de atención al cliente o según lo exija la legislación aplicable.

27. **EL IDIOMA INGLÉS PREVALECE**

Las traducciones de este Acuerdo que pudieran haberse proporcionado son para su conveniencia solamente y es posible que no reflejen con precisión el significado del original en inglés. Los significados de los términos, las condiciones y declaraciones en el presente están sujetos a las definiciones e interpretaciones en idioma inglés.

28. **CLÁUSULA DE ARBITRAJE**

Hemos incluido esta Cláusula de Arbitraje en el formulario de preguntas y respuestas para que sea más sencilla su comprensión. No obstante, esta Cláusula de Arbitraje es parte del presente Acuerdo y es legalmente vinculante. A los fines de esta sección, nuestra "dirección de notificación" es: Flagstar Bank, N.A., Atención: Money Network Arbitrations, 102 Duffy Avenue, Hicksville, NY 11801.

| Antecedentes y alcance | | |
|---|---|---|
| **Pregunta** | **Respuesta breve** | **Mayor información** |
| ¿Qué es un arbitraje? | Es una alternativa a los tribunales | En un arbitraje, un árbitro externo neutral (el "Árbitro") resuelve Conflictos en una audiencia informal en forma individual. |
| ¿Es diferente a los juicios en tribunales y por jurado? | Sí | La audiencia es privada. No hay jurado. Por lo general es menos formal, más rápido y menos costoso que un procedimiento judicial. La preaudiencia de determinación de los hechos es limitada. Las apelaciones son limitadas. Los tribunales rara vez anulan los laudos arbitrales. |
| ¿Puede excluirse voluntariamente de la Cláusula de Arbitraje? | Sí, en un plazo de 60 días | Si no desea que se aplique esta Cláusula de Arbitraje, deberá enviarnos una notificación firmado en un plazo de 60 días calendario desde que recibió la tarjeta. Debe enviar la notificación por escrito (y no en forma electrónica) a nuestra dirección de notificación. Proporcione su nombre, dirección y número de Tarjeta. Declare que usted se "excluye voluntariamente" de la Cláusula de Arbitraje. La exclusión no afectará las demás disposiciones de este Acuerdo. |
| ¿De qué se trata esta Cláusula de Arbitraje? | Acerca del acuerdo entre las partes para arbitrar Conflictos | A menos que lo prohíba la legislación aplicable o salvo que opte por excluirse voluntariamente, usted y nosotros acordamos que usted o nosotros podremos optar por arbitrar de forma individual o exigir el arbitraje individual de cualquier "Conflicto", tal como se define a continuación. |
| ¿A quién abarca la Cláusula de Arbitraje? | A usted, a nosotros y a determinadas "partes relacionadas" | Esta Cláusula de Arbitraje rige para usted y nosotros. También cubre ciertas "Partes relacionadas": (1) nuestras matrices, subsidiarias, afiliadas y los sucesores y cesionarios que cuenten con su permiso; (2) nuestros empleados, directores, funcionarios, accionistas, miembros y representantes y (3) cualquier persona o |

| | | |
|---|---|---|
| | | empresa que esté involucrada en un Conflicto que usted busque dirimir al mismo tiempo que usted busque dirimir un Conflicto con nosotros. |
| ¿Qué conflictos abarca la Cláusula de Arbitraje? | Todos los conflictos (salvo algunos conflictos acerca de esta Cláusula de Arbitraje) | Esta Cláusula de Arbitraje rige todos los "conflictos" que normalmente se dirimirían en un tribunal y que surjan entre nosotros (o una parte relacionada) y usted. En esta cláusula de arbitraje, la palabra "conflicto" tiene el sentido más amplio razonable. Incluye todas las reclamaciones incluso indirectamente relacionadas con su Tarjeta, Cuenta o este Contrato o las relaciones entre usted y nosotros o las "Partes relacionadas" que resulten de ello, incluidas, entre otras, las reclamaciones iniciales, las reconvenciones, las contrarreclamaciones, las reclamaciones de terceros y las reclamaciones basadas en cualquier constitución, estatuto, reglamentación, ordenanza, derecho consuetudinario (incluidas las normas relacionadas con contratos, ilícito civil, negligencia, fraude u otros errores intencionales) y el sistema de equidad. Incluye todas las reclamaciones que buscan compensación de cualquier tipo, incluidos daños y/o medidas cautelares, declaratorias u otro tipo de compensación de naturaleza equitativa. Incluye todas las reclamaciones relacionadas con la validez en general de este Acuerdo. **Sin embargo, esto no incluye conflictos sobre la validez, la cobertura o el alcance de esta Cláusula de Arbitraje ni ninguna parte de ella. (Esto incluye una Disputa sobre la norma contra el arbitraje colectivo). Todos estos conflictos deben dirimirse en los tribunales y no es un Árbitro quien debe resolverlos.** |
| ¿Quién se ocupa del arbitraje? | Por lo general la AAA (American Arbitration Association [Asociación Estadounidense de Arbitraje]) o la JAMS (Judicial Arbitration and Mediation Services [Servicios de Arbitraje y Mediación Judicial]) | Los arbitrajes se realizan de conformidad con esta Cláusula de Arbitraje y de las normas del administrador del arbitraje vigentes cuando comenzó el arbitraje. El administrador del arbitraje podrá ser: <br>• American Arbitration Association (AAA), 725 South Figueroa, Suite 400 Los Angeles, CA 90017, www.adr.org. <br>• JAMS, 50 Old Courthouse Square, Suite 600, Santa Rosa, CA 95404, www.jamsadr.com <br>• Cualquier otra empresa seleccionada mediante acuerdo de las partes. <br>Si ninguna de las opciones mencionadas está disponible, el administrador será elegido por un tribunal con jurisdicción en el asunto. Ningún administrador podrá realizar, sin nuestro consentimiento, un arbitraje que permita un arbitraje colectivo en virtud de esta Cláusula de Arbitraje. El Árbitro será seleccionado de conformidad con las normas del administrador. Sin embargo, el Árbitro debe ser un abogado con al menos diez años de experiencia o un juez jubilado, salvo que usted y nosotros acordemos otra cosa. |
| ¿Los Conflictos pueden ser judicializados? | A veces | Cualquiera de las partes puede entablar una demanda judicial si la otra parte no solicita arbitraje. Además, cualquier reclamación individual de su parte o de nosotros en la que el monto en controversia (sin incluir los honorarios de abogados y costos si así lo dispone la ley vigente) se encuentre dentro de la jurisdicción de un tribunal de reclamos menores puede ser trasladada a un tribunal que entienda en asuntos de menor cuantía a elección de la parte contraria mediante notificación dentro de los 21 días de recibir la demanda de arbitraje de la otra parte; sin embargo, si esa demanda se transfiere, elimina o apela en otro tribunal, una parte puede elegir el arbitraje. <br>Incluso si todas las partes han optado por litigar un Conflicto en un tribunal, usted o nosotros podemos elegir el arbitraje con respecto a cualquier Conflicto realizado por una nueva parte o cualquier Conflicto que posteriormente interponga una parte en esa demanda o en cualquier demanda relacionada o no relacionada (incluido un Conflicto inicialmente interpuesto de forma individual pero modificado para que se interponga de forma colectiva, representativa o multiparte). Ninguna disposición de ese litigio constituirá la renuncia a ningún derecho en virtud de esta Cláusula de Arbitraje. |
| ¿Usted y nosotros estamos renunciando a | Sí | En el caso de los Conflictos arbitrados en virtud de esta Cláusula de Arbitraje, usted y nosotros renunciamos a nuestros derechos de: <br>6. que un jurado resuelva Conflictos; <br>7. que los tribunales, salvo los que entienden en demandas menores, resuelvan |

| algunos derechos? | | Conflictos; 8. actuar como abogado general privado o en calidad de representante ante un tribunal o en arbitraje; 9. unirse a un Conflicto que usted, nosotros o las Partes relacionadas tengan con un conflicto que otros tengan; 10. presentar o ser un miembro de una demanda colectiva ante un tribunal o en un arbitraje colectivo. El Árbitro no tendrá autoridad para llevar a cabo ningún arbitraje que no sea compatible con esta sección ni para dictar ninguna compensación que se aplique a cualquier persona o entidad, excepto a usted o a nosotros o a las Partes relacionadas individualmente. |
|---|---|---|
| ¿Otro consumidor puede entablar un arbitraje colectivo? | No | **El árbitro <u>no</u> está autorizado a resolver ningún Conflicto en forma colectiva o como representante.** Todos los conflictos sujetos a la Cláusula de Arbitraje deben resolverse en un arbitraje **individual** o en una demanda **individual** menor. Usted no puede dirimir ningún tipo de demanda colectiva o demanda colectiva contra nosotros en el arbitraje. |
| ¿Qué legislación es la que rige? | La Ley de Arbitraje de California (California Arbitration Act, CAA) del Código de Procedimiento Civil de California, sección 1280 y siguientes | Por lo tanto, la CAA rige esta Cláusula de Arbitraje. El Árbitro debe aplicar el derecho sustantivo coherente con las disposiciones de la CAA. El Árbitro debe respetar los plazos de prescripción y los derechos y privilegios. El Árbitro está autorizado a otorgar todos los recursos permitidos por el derecho sustantivo vigente, incluidos, entre otros, daños compensatorios, estatutarios y punitivos (sujetos a límites constitucionales que se aplicarían en el tribunal), medidas cautelares, declaratorias y otro tipo de compensaciones de naturaleza equitativa, y honorarios y costos de abogados. En caso de conflicto o discrepancia entre esta Cláusula de Arbitraje y las normas del administrador o el Acuerdo, regirá esta Cláusula de Arbitraje. |
| ¿La Cláusula de Arbitraje puede ser ineficaz como consecuencia de algo que yo haga? | No | Esta Cláusula de Arbitraje permanece vigente incluso si: (1) usted o nosotros rescindimos este Acuerdo; (2) nosotros transferimos o cedemos nuestros derechos en virtud de este Acuerdo, o (3) una parte se declara en quiebra (si la ley sobre quiebras lo permite). |
| **Proceso.** | | |
| ¿Qué debe hacer una parte antes de iniciar un juicio o arbitraje? | Enviar una notificación de Conflicto por escrito y tratar de resolver el Conflicto | Antes de iniciar un juicio o arbitraje, la parte demandante debe notificar a la otra parte, por escrito, del Conflicto. La notificación debe explicar en forma pormenorizada y razonable la naturaleza del Conflicto y los hechos que lo respaldan. Si usted es la parte demandante, debe enviar la notificación por escrito (y no en forma electrónica) a nuestra dirección de notificación. Usted o un abogado que usted haya contratado personalmente deben firmar la notificación y proporcionar su número de Tarjeta y un número de teléfono (o el de su abogado) al cual pueda comunicarse con usted. Una carta enviada por nosotros a usted constituirá nuestra notificación escrita del Conflicto. Una vez que se envía una notificación del Conflicto, la parte demandante debe darle a la otra parte un plazo razonable de 30 días para resolver el Conflicto en forma individual. |
| ¿Cómo se inicia un arbitraje? | Envío por correo de una notificación | Si las partes no llegan a un acuerdo para resolver el conflicto dentro de los 30 días después de recibida la notificación del conflicto, la parte demandante podrá iniciar un juicio o un arbitraje, sujeto a las condiciones establecidas en esta Cláusula de Arbitraje. Para iniciar un arbitraje, la parte demandante elije el administrador y sigue las normas del administrador. Si una de las partes inicia o amenaza con iniciar un juicio, la otra parte puede solicitar un procedimiento de arbitraje. Esta solicitud puede hacerse en documentos judiciales, como una moción para obligar al arbitraje. Una vez que se presentó la solicitud, ya no es posible presentar una demanda judicial y cualquier juicio existente debe detenerse, a menos un tribunal dictamine lo contrario. |
| ¿Las audiencias se celebrarán en un lugar cercano? | Sí | El Árbitro puede decidir que no es necesario realizar una audiencia presencial y que puede resolver el Conflicto sobre la base de los escritos presentados y/o teleconferencias. Sin embargo, toda audiencia presencial debe celebrarse en un lugar situado cerca de usted. |

| ¿Qué sucede con las apelaciones? | Muy limitadas | Los derechos de apelación en virtud de la ley CAA son muy limitados. El laudo arbitral tendrá carácter definitivo y vinculante. Cualquier tribunal competente podrá dictar sentencia basándose en el laudo arbitral. |
|---|---|---|
| **Costos y laudos del arbitraje** | | |
| ¿Quién se hace cargo de los costos del arbitraje? | Por lo general, nosotros | Nosotros pagaremos todos los costos administrativos, de presentación, de la audiencia y los honorarios del Árbitro si usted actúa de buena fe, no puede obtener una exoneración de esos costos y nos solicita que los paguemos nosotros. Siempre pagaremos los costos que la ley vigente o las normas del administrador establezcan. |
| ¿Cuándo nos haremos cargo de los honorarios profesionales y costas judiciales? | Si usted gana | Si usted gana un arbitraje, nosotros pagaremos los honorarios y costos incurridos por sus abogados, peritos y testigos. También pagaremos estos costos si la ley vigente o las normas del administrador así lo establecen, o si el pago es necesario para hacer cumplir esta Cláusula de Arbitraje. El Árbitro no limitará su laudo a estos montos porque su Conflicto sea por un monto pequeño. |
| ¿En algún caso usted nos adeudará los honorarios del arbitraje o del abogado? | Solo si actúa de mala fe | El Árbitro puede exigirle que pague nuestros honorarios si (y solo si): (1) el Árbitro encuentra que usted ha actuado de mala fe (según las normas establecidas en la Norma Federal de Procedimiento Civil N.º 11(b)); y (2) esta facultad no hace que esta Cláusula de Arbitraje sea inválida. |
| ¿Puede explicarse un laudo arbitral? | Sí | Una parte podrá solicitarle una explicación al Árbitro, dentro de un plazo de 14 días después del fallo. El Árbitro determinará si aceptará dicha solicitud. |
| ¿Qué sucede si no puede exigirse el cumplimiento de una parte de esta Cláusula de Arbitraje? | Depende | Si no puede exigirse el cumplimiento de alguna parte de esta Cláusula de Arbitraje, el resto de la Cláusula de Arbitraje continuará aplicándose, excepto en dos casos. Primero, si un tribunal dictamina que el Árbitro puede resolver un Conflicto sobre la base de una demanda colectiva y ese fallo judicial no es revocado en la apelación, entonces esta Cláusula de Arbitraje en su totalidad (excepto por esta oración) será nula. En segundo lugar, si se presenta una reclamación en busca de medidas cautelares públicas y un tribunal determina que las restricciones en esta Cláusula de Arbitraje que prohíben que el Árbitro otorgue una compensación en nombre de terceros son inexigibles con respecto a dicha reclamación (y esa determinación se vuelve definitiva después de que se hayan agotado todas las apelaciones), entonces la reclamación de medidas cautelares públicas se determinará en el tribunal y cualquier reclamación individual en busca de compensación monetaria se arbitrará. En tal caso, las partes solicitarán que el tribunal suspenda la reclamación por medidas cautelares públicas hasta que el laudo arbitral relativo a la compensación individual haya sido presentado ante el tribunal. En ningún caso se arbitrará una reclamación por medidas cautelares públicas. |

©2023 Flagstar Bank, N.A. Todos los derechos reservados. Todas las marcas comerciales, las marcas de servicio y los nombres comerciales mencionados en este material son propiedad de sus respectivos dueños. La Tarjeta es emitida por My Banking Direct, un servicio de Flagstar Bank N.A., miembro de la FDIC.

My Banking Direct, un servicio de Flagstar Bank N.A., miembro de la FDIC, emite esta Tarjeta conforme a una licencia de MasterCard International Incorporated.

102 Duffy Avenue, Hicksville, NY 11801

1-800-684-7051, personas con problemas de audición: 1-800-684-7053
**moneynetwork.com/edd**

**M-138156**