**POLSINELLI LLP**
JOHN W. PETERSON (CA SBN 179343)
501 Commerce Street, Suite 1300
Nashville, TN 37203
Telephone: (615) 259-1510
Facsimile: (615) 259-1573
Email: john.peterson@polsinelli.com

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LEA BITTON,

              Plaintiff,

      v.

MONEY NETWORK FINANCIAL, LLC,

              Defendant.

Case No. 8:24-CV-01857-DOC (ADS)

**[PROPOSED] ORDER REFERRING MATTER TO ARBITRATION AND STAY ACTION**

Before the Court is Plaintiff Lea Bitton's and Defendant Money Network Financial, LLC's ("Money Network") (collectively, the "Stipulating Parties") Stipulation to Arbitrate and Stay Action.  The Court, having considered this Stipulation, finds that the Stipulation is well taken.

IT IS THEREFORE ORDERED that this matter is referred to arbitration pursuant to the parties' agreement and this action, including any pending deadlines, shall be stayed pending completion of arbitration.

IT IS SO ORDERED, this _____ day of _____, 2024.


_____
Honorable Judge David O. Carter

**[PROPOSED] ORDER REFERRING MATTER TO ARBITRATION
AND STAY ACTION**
Case No. 8:24-CV-01857-DOC (ADS)